

May 6, 2010

**FILED**
MAY 10 2010
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

**United States Bankruptcy Court**
PO Box 1439
San Antonio, TX 78295

Reference: 10-51385

To Whom It May Concern:

Christopher or Sarah Mills has never been employed by Ball, Bounce and Sport, which acquired Diamond Plastics on June 29, 2009. Could please remove our name from your mailing list?

If you have any questions please give me a call at 419-282-5561.

Sincerely,

Tonya Gregg
HR Administrator

Ball, Bounce and Sport, Inc. • 1401 Jacobson Avenue • Ashland, OH 44805 (USA)
Phone: 419-289-9310 • Toll Free: 800-765-9665 • Fax: 419-281-3371