UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:
CHRISTOPHER LANG MILLS
SARAH JEANNE MILLS

425 SKYFOREST DRIVE
SAN ANTONIO, TX 78232

425 SKYFOREST DRIVE
SAN ANTONIO, TX 78232

        Debtors

Chapter 13
CASE NO: 10-51385 C

**RESETTING NOTICE**

You are hereby notified that the **Hearing On Confirmation** of the above captioned Debtor's Chapter 13 Plan has been reset for the following date and time:

    **Date:** Thursday, August 5, 2010
    **Time:** 10:00 am

The Confirmation Hearing will take place at the U. S. Bankruptcy Courthouse, 615 East Houston St., Courtroom 1, San Antonio, Tx.

U. S. Bankruptcy Court
P. O. Box 1439
San Antonio, Tx. 78295-1439

Date: 5/24/2010
At San Antonio, Texas

By The Court: LEIF M. CLARK
U. S. Bankruptcy Judge

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on May 24, 2010. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S Bankrutpcy Clerk's Office.

/S/
_____
Mary K. Viegelahn , Chapter 13 Trustee