UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE:<br>CHRISTOPHER LANG MILLS<br>SARAH JEANNE MILLS<br><br>425 SKYFOREST DRIVE<br>SAN ANTONIO, TX 78232<br><br>425 SKYFOREST DRIVE<br>SAN ANTONIO, TX 78232<br><br>Debtors | Chapter 13<br>CASE NO: 10-51385 C |

**RESETTING NOTICE**

You are hereby notified that the **Hearing On Confirmation** of the above captioned Debtor's Chapter 13 Plan has been reset for the following date and time:

      **Date:** Thursday, August 5, 2010
      **Time:** 10:00 am

The Confirmation Hearing will take place at the U. S. Bankruptcy Courthouse, 615 East Houston St., Courtroom 1, San Antonio, Tx.

U. S. Bankruptcy Court
P. O. Box 1439
San Antonio, Tx. 78295-1439

Date: 5/24/2010
At San Antonio, Texas

By The Court: LEIF M. CLARK
U. S. Bankruptcy Judge

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on May 24, 2010. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S Bankrutpcy Clerk's Office.

/S/
_____
Mary K. Viegelahn , Chapter 13 Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0542-5           User: castleber            Page 1 of 2               Date Rcvd: May 25, 2010
Case: 10-51385                 Form ID: pdfapac           Total Noticed: 63
```

The following entities were noticed by first class mail on May 27, 2010.

```
db/db       +Christopher Lang Mills,   Sarah Jeanne Mills,   425 Skyforest Drive,   San Antonio, TX 78232-2015
aty         +Angela D. Nickel,   Law Office of Angela D Nickel, PC,   105 E Gonzales St, Suite 205,
              Seguin, TX 78155-5639
intp        +Ball, Bounce and Sport, Inc,   1401 Jacobson Ave,   Ashland, OH 44805-1846
cr          +GMAC Mortgage, LLC,   Pite Duncan, LLP,   4375 Jutland Dr, Suite 200,   PO Box 17933,
              San Diego, CA 92177-7921
14468073    +3-D Welding & Industrial Supply, Inc.,   3016 Highway 123,   San Macros, TX 78666-9777
14468074    +AMC Industries,   P.O. Box 171290,   San Antonio, TX 78217-8290
14468077    +AT&T,   P.O. Box 5001,   Carol Stream, IL 60197-5001
14468075    +American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
14468076    +Aquatic Eco Systems,   2395 Apopka Blvd. Ste. 100,   Apopka, FL 32703-7785
14468078    +Australian Global Services,   Injection Plastics Mfg Co.,   P.O. Box 380,   Lapaz IN 46537-0380
14468079    +Bead Filters International,   5261 Highland Rd., #345,   Baton Rouge, LA 70808-6547
14485536    +Bexar County,   c/o Don Stecker,   711 Navarro Suite 300,   San Antonio, TX 78205-1749
14468080    +Bow Tie, Inc.,   P.O. Box 57900,   Los Angeles, CA 90057-0900
14468081    +Broadway National Bank,   1177 NE Loop 410,   PO Box 171250,   San Antonio, TX 78217-8250
14474553    +Burton R. Nichols and Undertoe L.L.C.,   c/o Angela D. Nickel,   105 E. Gonzales Street, Ste 205,
              Seguin, TX 78155-5639
14468082    +Capital One, N.a.,   C/O American Infosource,   PO Box 54529,   Oklahoma City, OK 73154-1529
14468083    +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
14515460     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14520111     Chase Bank USA, N.A.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14468086    +Citibank Usa,   Attn.: Centralized Bankruptcy,   PO Box 20363,   Kansas City, MO 64195-0363
14468087    +Community Development Loan Fund, Inc.,   225 West Poplar,   San Antonio, TX 78212-5549
14468090    +DSRM National Bank/Diamond Shamrock,   PO Box 300,   Amarillo, TX 79105-0300
14468088    +Davis Law Firm,   909 N.E. Loop 410 Suite 100,   San Antonio, Texas 78209-1315
14468091    +Employers Assurance Co.,   115 Wild Basin Rd. South, Ste. 200,   Austin, TX 78746-3303
14468092    +Guadalupe County Tax Office,   P.O. Box 70 (307 W. Court),   Seguin, TX 78156-0070
14468093    +Guadalupe Valley Electric Cooperative,   P.O. Box 118,   Gonzales, TX 78629-0118
14468094    +Hanor, Lively & Cernyar PLLC,   750 Rittiman Road,   San Antonio, TX 78209-5500
14468095    +Herren Enterprises,   46714 254th,   Crooks, SD 57020-5815
14468097   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   Insolvency II, STOP 5026 AUS,
              300 E. 8th St.,   Austin, TX 78701)
14468096   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA  19114)
14468098    +International Filter Solutions, Inc.,   13636 W IH 10,   Marion, TX 78124-6583
14468099    +James S. Frost,   Attorney at Law,   113 West Gonzales,   Seguin, Texas 78155-5630
14468100    +Kasco Marine, Inc.,   800 Deere Rd.,   Prescott, WI 54021-1241
14468101    +Key Instruments,   250 Andrews Rd.,   Trevose, PA 19053-3428
14468102    +Koi USA,   10292 Bouvias Rd.,   Anaheim, CA 92804-5614
14468103    +L.F. Manufacturing, Inc.,   P.O. Box 578,   Giddings, TX 78942-0578
14468104    +MDM, Inc. / Sequence Pumps, Inc.,   325 Karen Lane,   Colorado Springs, CO 80907-5128
14468107    +NDS, Inc.,   6228 Reliable Parkway,   Chicago, IL 60686-0001
14468106    +Natvar,   19555 E. Arenth Ave.,   City of Industry, CA 91748-1403
14468108    +Nichols, Burton K.,   3136 Bolton Rd.,   Marion, TX 78124-6002
14468109    +Office Depot,   P.O. Box 689020,   Des Moines, IA 50368-9020
14468110    +Performance Pro Pumps, Inc.,   5976 SE Alexandar St., Ste. F,   Hillsboro OR 97123-8516
14468111    +Praxair Distribution, Inc.,   550 Springfield Rd.,   San Antonio, TX 78219-1881
14468112    +Process Technology,   7010 Lindsay Dr.,   Mentor, OH 44060-4921
14468113    +Ronald F. Malone,   3218 Riverwalk Drive,   Baton Rouge, LA 70820-4341
14468114    +Ryan Herco,   3010 North San Fernando Blvd.,   Burbank, CA 91504-2524
14468115    +Sam D. Milsap, Jr.,   10999 IH 10 West, Suite 800,   San Antonio, TX 78230-1349
14468117    +Savard Plumbing Co.,   Dept. LA 21074,   Pasadena, CA 91185-0001
14468118    +Texstar Bank,   600 Pat Booker Rd.,   Universal City, TX 78148-4436
14517137   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank N.A.,   P.O. Box 5229,   Cincinnati, OH 45201-5229)
14468123   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,   4325 17th Ave S,   Fargo, ND 58125)
14468119    +Undertoe, LLC,   13636 W. IH 10,   Marion, TX 78124-6583
14468121     United States Attorney,   Taxpayer Division,   601 N.W. Loop 410, Suite 600,
              San Antonio, TX  78216-5512
14468122    +United States Attorney General,   Main Justice Bldg., Rm 5111,   10th & Constitution Ave.,N.W.,
              Washington, D.C 20530-0001
14468124    +Usaa Fed Savings Bank,   3451 Hammond Ave.,   Waterloo, IA 50702-5345
14468125    +Usaa Federal Savings Bank,   10750 Mcdermott Fwy,   San Antonio, TX 78288-1600
14468126    +Weiss-Rohlig USA, LLC,   351 W. Touhy Ave., Suite 100,   Des Plaines, IL 60018-6215
14468127    +William B. Kingman, Attorney at Law,   4040 Broadway #450,   San Antonio, TX 78209-6351
14468128    +Williams Supply Company,   P.O. Box 65054,   San Antonio, TX 78265-5054
14468129    +Wolverine Electrical Contractors, Inc.,   102 Woodcrest,   San Antonio, TX 78209-2933
14468130    +YRC Inc,   P.O. Box 111,   Akron, OH 44393-0001
```

The following entities were noticed by electronic transmission on May 25, 2010.

```
14468105    +E-mail/Text: legaldept@mscdirect.com                          MSC,   28551 Laura Court,
              Elkhart, IN 46517-1179
14523050     E-mail/PDF: rmscedi@recoverycorp.com May 25 2010 23:37:35
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                             TOTAL: 2
```

```
District/off: 0542-5           User: castleber           Page 2 of 2                Date Rcvd: May 25, 2010
Case: 10-51385                 Form ID: pdfapac          Total Noticed: 63
```

                    ***** BYPASSED RECIPIENTS (continued) *****

                    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Bexar County,   Linebarger Goggan et al
cr              Burton R. Nichols and Undertoe L.L.C.
14468089        Diamond Plastics, Inc,   211 W Geneva St,   PO Box 99,   PARTY REFUSES NOTICES
14485538*      +Bexar County,   c/o Don Stecker,   711 Navarro Suite 300,   San Antonio, TX 78205-1749
14485539*      +Bexar County,   c/o Don Stecker,   711 Navarro Suite 300,   San Antonio, TX 78205-1749
14468084*      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
14468085*      +Christopher Lang Mills,   425 Skyforest Drive,   San Antonio, TX 78232-2015
14468116*      +Sarah Jeanne Mills,   425 Skyforest Drive,   San Antonio, TX 78232-2015
14468120*      +Undertoe, LLC,   13636 W IH 10,   Marion, TX 78124-6583
                                                                                       TOTALS: 3, * 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 27, 2010**                          **Signature:**    *Joseph Speetjens*