B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re  Christopher Lang Mills
       Sarah Jeanne Mills

Case No.  10-51385

Chapter  13

FILED
JUL 0 8 2010
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

### AMENDED 7/6/2010
### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $198,390.00 | | |
| B - Personal Property | Yes | 5 | $322,705.00 | | |
| C - Property Claimed as Exempt | No | 2 | | | |
| D - Creditors Holding Secured Claims | No | 2 | | $937,513.18 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 2 | | $2,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 9 | | $91,875.60 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 6 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $42,500.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 2 | | | $42,298.29 |
| TOTAL | | 31 | $521,095.00 | $1,031,888.78 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re **Christopher Lang Mills**
**Sarah Jeanne Mills**

Case No. **10-51385**

Chapter **13**

*AMENDED 7/6/2010*

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6B (Official Form 6B) (12/07)

In re **Christopher Lang Mills**
**Sarah Jeanne Mills**

Case No. **10-51385**
(if known)

*AMENDED 7/6/2010*

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Capitol One Bank -ending 5541 | J | $700.00 |
| | | Capital One Bank - ending 8276 | H | $73.00 |
| | | Broadway Bank - ending 8172 | J | $10.50 |
| | | Broadway Bank - checking ending 8173 | H | $33.00 |
| | | Capital One Bank - business checking ending 9058 for Lilly's Life LLC | J | $5.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | household goods and furnishings | J | $2,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | wearing apparel | J | $700.00 |
| 7. Furs and jewelry. | | jewelry | J | $3,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | pistol; rifle | J | $450.00 |
| | | fishing equipment; camera | J | $250.00 |

In re **Christopher Lang Mills**
**Sarah Jeanne Mills**

Case No. **10-51385**
(if known)

*AMENDED 7/6/2010*

# SCHEDULE B - PERSONAL PROPERTY

Continuation Sheet No. 1

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | term life insurance policies | J | $1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% shareholder of International Filter Solutions, Inc. The corporation sold aquatic animal life support filters, etc. Shut down on or about February of 2010. Had been involved in litigation since 2008. The corporation filed a Chapter 7 bankruptcy case no. #10-51383 which is pending. The Trustee is Randolph N. Osherow. | H | $0.00 |
| | | 50% shareholder of Undertoe, LLC  The other 50% shareholder is Burton K. Nichols (Undertoe, LLC only assets is ownership of two real properties: 1) 13636 W. IH 10, Marion TX  78124  - Guadalupe county appraisal value is $389,855.00 2) 2230 US Hwy 87 E, Stockdale TX 78160 - Debtor believes the Wilson County appraisal value is $174,110.00 Lienholders are:  1)TexStar Bank  est. $420,000 balance | H | $281,982.50 |

In re **Christopher Lang Mills**
**Sarah Jeanne Mills**

Case No. **10-51385**
(if known)

## AMENDED 7/6/2010
## SCHEDULE B - PERSONAL PROPERTY

Continuation Sheet No. 2

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | and 2) Burton K Nichols est. $152,152.47 | | |
| | | 100% shareholder of Hydro Composites, LLC (The liabilities far exceed the assets therefore the LLC has no value as of date of filing this case) | H | $0.00 |
| | | 100% owner of Lily's Life, LLC Created on or about January of 2008 for Joint Debtor to sell health & wellness products through Arbon International. Joint Debtor has not operated this business for the past year and has basically has no inventory. She estimates the value of her inventory at $50.00. | W | $50.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Christopher Lang Mills**
**Sarah Jeanne Mills**

Case No. **10-51385**
(if known)

*AMENDED 7/6/2010*

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Lawsuit styled Christopher Mills and Inernational Filter Solutions, Inc. vs. Bead Filters International, LLC, Ronald F. Malone and Burton K. Nichols | H | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Chevrolet 2500 Pickup, est. 200443 miles Has been Debtor's work vehicle. | H | $10,825.00 |
| | | 2006 Lexus LS 430 (vehicle was given to Joint Debtor by her grandfather in 2008) | W | $22,125.00 |
| 26. Boats, motors, and accessories. | | Trailer 12' | H | $500.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Christopher Lang Mills**
**Sarah Jeanne Mills**

Case No. **10-51385**
(if known)

*AMENDED 7/6/2010*

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | dog (household pet) | C | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____4_____ continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Total >  $322,705.00

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Christopher Lang Mills**  Case No. **10-51385**
**Sarah Jeanne Mills**
(if known)

### AMENDED 7/6/2010
## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____7____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __7-7-10__    Signature _____
                              *Christopher Lang Mills*

Date __7/7/10__    Signature _____
                              *Sarah Jeanne Mills*

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re: Christopher Lang Mills
Sarah Jeanne Mills

Case No. __10-51385__
(if known)

*AMENDED 7/6/2010*
# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $111,697.50 | Gross sales (NET LOSS = -<$668.66>) earned by Hydro Composites, LLC earned Jan-March of 2010. |
| $159,277.00 | Gross income (NET LOSS = -<148.00>) earned from Hydro Composites, LLC during year 2008. |
| $4,755.00 | Passive income earned by Undertoe, LLC listed on 2009 income tax return. |
| $260,425.00 | Nonpassive loss earned by International Filter Solutions, Inc. listed on 2009 income tax return. |
| $119,858.00 | Wages during year 2008. |
| $1,231.00 | Gross sales (NET LOSS = -<6,369.00>) earned by Wife's cosmetic sales (Lily's Life, LLC) listed on 2008 income tax return. |
| $4,827.00 | Passive income of Undertoe LLC listed on 2008 income tax return. |
| ($98,782.00) | Nonpassive loss earned by Hydro Composites, LLC listed on 2008 income tax return. |
| $173,268.00 | Nonpassive income earned by International Filter Solutions, LLC listed on 2008 income tax return. |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| ($1,650.00) | Capital loss carryover listed on 2009 income tax return. |
| $317.00 | Taxable interest income listed on 2008 tax return. |
| ($4,650.00) | Capital loss carryover listed on 2008 income tax return. |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re: Christopher Lang Mills
Sarah Jeanne Mills

Case No. 10-51385
(if known)

*AMENDED 7/6/2010*
**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 1*

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐ a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| USAA - 1st mortgage lien | est. total payments over last 90 days | $5,333.22 | $171,631.00 |
| USAA - 2nd mortgage lien | est. total payments over last 90 days | $830.64 | $24,105.00 |

None ☑ b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☑ c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Cause No. 08-1791-CV<br><br>Christopher Mills and International Filter Solutions, Inc.<br>vs.<br>Bead Filters International, LLC, Ronald Malone and Burton K. Nichols | Plaintiffs Original Petition; Application for Declaratory Judgment & Request for Disclosure | In the District Court Guadalupe County, Texas 25th Judical District | pending |
| Civil Action No. SA 09-CA-0105<br><br>Bead Filters International, LLC and | complaint filed alleging numerous causes of actions | United States District Court Western District of Texas | pending |

B7 (Official Form 7) (04/10) - Cont.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In re: **Christopher Lang Mills**
**Sarah Jeanne Mills**

Case No. __10-51385__
(if known)

*AMENDED 7/6/2010*

## STATEMENT OF FINANCIAL AFFAIRS
Continuation Sheet No. 2

Ronald F. Malone
vs.
Christopher Mills and
International Filter Solutions,
Inc.

San Antonio Division

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Davis Law Firm<br>909 N.E. Loop 410 Suite 100<br>San Antonio, Texas 78209 | 04/09/2010 | $2,000.00 |
| Hummingbird Credit Counseling | 04/09/2010 | $49.00, credit counseling certificate |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re: **Christopher Lang Mills**
**Sarah Jeanne Mills**

Case No. **10-51385**
(if known)

*AMENDED 7/6/2010*
**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 3*

---

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Wife sold a 2005 GMC Yukon to a person named Mike who responded to either a newspaper ad or a craig's list advertisement. | on or about March 2009 | $8,500 was received for said vehicle. |

None ☑

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Joy Mills 438 George Wise Rd. Carriere, MS 39426 | Various items of household goods lent to Debtors by their parents, value approx. $2,000.00 | Debtors' home |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In re: **Christopher Lang Mills**
**Sarah Jeanne Mills**

Case No. **10-51385**
(if known)

*AMENDED 7/6/2010*
**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 4*

### 15. Prior address of debtor

None ☐ If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 326 Thorman Place<br>San Antonio TX 78209<br><br>(Debtors paid residential rent) | Christopher & Sarah James | on or about<br>04/2006 to<br>07/2007 |

### 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re: Christopher Lang Mills
Sarah Jeanne Mills

Case No. 10-51385
(if known)

*AMENDED 7/6/2010*
**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 5*

### 18. Nature, location and name of business

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| Hydro Composites, LLC<br><br>Tax ID# 26-0666632 | fiberglass manufacturing | on or about 08/2007 to present |
| Undertoe, LLC<br><br>Tax ID# 76-0830361 | Debtor is 50% owner of this LLC with Burton Nichols. (Undertoe, LLC only assets is ownership of two real properties:<br><br>1) 13636 W. IH 10, Marion TX 78124 - Guadalupe county appraisal value is $389,855.00<br><br>2) 2230 US Hwy 87 E, Stockdale TX 78160 - Debtor believes the Wilson County appraisal value is $174,110.00<br><br>Lienholders are: 1)TexStar Bank est. $420,000 balance and 2) Burton K Nichols est. $152,152.47 | Created on or about 2006 to present |
| International Filter Solutions, Inc.<br><br>Tax ID# 76-0830361 | The corporation sold aquatic animal life support filters, etc. Shut down on or about February of 2010. Had been involved in litigation since 2008.<br><br>The corporation filed a Chapter 7 bankruptcy case no. #10-51383 which is pending. The Trustee is Randolph N. Osherow. | created 02/06/2006<br>shut down 02/2010 |
| Lily's Life, LLC<br><br>Tax ID# 75-3265992 | Created on or about January of 2008 for Joint Debtor to sell health & wellness products through | 01/2008 to present |

In re: **Christopher Lang Mills**
**Sarah Jeanne Mills**

Case No. **10-51385**
(if known)

*AMENDED 7/6/2010*

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

| | | |
|---|---|---|
| | Arbon International. Joint Debtor has not operated this business for the past year and has basically has no inventory. She estimates the value of her inventory at $50.00. | |
| **South Pass Aquatics, Inc.** Tax ID# 41-2143570 | intention was to design & install aquatic animal life support filtration systems but Hurricane Katrina destroyed Debtor's client base. | on or about April 2004 to August 2005 |

**None** ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

**None** ☐ a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Jodie Schuh & Associates, PC 3355 Cherry Ridge Dr., Suite 209 San Antonio TX 78230 | prepared Debtors personal income tax returns for 2009 & 2008 and also prepared the 1120S corporate return for International Filter Solutions, Inc. |

**None** ☑ b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

**None** ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Debtors | |

**None** ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

### 20. Inventories

**None** ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

B7 (Official Form 7) (04/10) - Cont.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In re: **Christopher Lang Mills**
**Sarah Jeanne Mills**

Case No. 10-51385
(if known)

*AMENDED 7/6/2010*
## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

### 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

### 25. Pension Funds

None ☑ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 7-7-10  Signature of Debtor **Christopher Lang Mills**

Date 7/7/10  Signature of Joint Debtor **Sarah Jeanne Mills**
(if any)

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**Christopher Lang Mills**  CASE NO.: 10-51385
**Sarah Jeanne Mills**

DEBTOR(S)  CHAPTER 13

**CERTIFICATE OF SERVICE**

On 07/08/10 a copy of this document was mailed via first class mail and/or electronic noticed to:

Christopher Lang Mills
Sarah Jeanne Mills
425 Skyforest Drive
San Antonio, TX 78232

Chapter 13 Trustee
909 N.E. Loop 410, Ste 400
San Antonio, TX 78209

U. S. Trustee
P.O. Box 1539
San Antonio, TX 78295

Respectfully submitted,

DAVIS LAW FIRM
909 N.E. Loop 410, Ste. 100
San Antonio, Texas 78209
(210) 826-6446
(210) 870-1539 FAX

By:_____
Chance M. McGhee
State Bar No 00791226
James E. Bailey, III
State Bar No. 01524990

Attorney for Debtor(s)