FILED
AUG 6 2010
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | * | Chapter 13 Proceedings |
| | * | |
| CHRISTOPHER LANG MILLS | * | |
| SARAH JEANNE MILLS | * | |
| Debtors | * | Case No. 10-51385C |

## MOTION TO DISMISS, OR, IN THE ALTERNATIVE, DENY, OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE HONORABLE JUDGE OF SAID COURT:

Now come Debtors by and through their attorney of record and present this, their Motion to Dismiss, or, in the Alternative, Deny, Objection to Confirmation of Chapter 13 Plan and as grounds therefor would show as follows:

I.

On or about August 4, 2010, Bead Filters International, LLC and Ron Malone, a creditor in this proceeding, filed his Objection to Confirmation of Chapter 13 Plan. The Meeting of Creditors was held in this case on June 30, 2010, at which time the Bead Filters International, LLC and Ron Malone appeared in person and through counsel. Therefore, Bead Filters International, LLC and Ron Malone has untimely filed its objection pursuant to the Court Ordered Notices which state in part that

> With the exception of objections to valuations of secured debt of the taxing authorities, any objections to Confirmation of the Plan (including any objections to the valuation of specific creditors' collateral as set out in the Plan Summary), must be raised **at or prior to** the meeting of creditors (the § 341 meeting). **The objection must be reduced to writing within ten (10) days after the meeting of creditors and filed with the Court.**

It is clear that all Objections to Confirmation of the Debtor's Plan must be raised at or prior to the § 341 meeting and filed within ten days after the Meeting of Creditors. Such failure of Bead Filters International, LLC and Ron Malone to comply with the Orders of this court is grounds for summary dismissal of its Objection.

II.

In the alternative, as grounds for denial of the Objection of

Bead Filters International, LLC and Ron Malone, and without waiving any of the foregoing, Debtors would further state that per Debtor's Chapter 13 Plan, Debtor disputes the entire debt. Debtor's plan compiles with the requirements of Chapter 13.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Debtors request that this Court dismiss, or, in the alternative, deny, the Objection to Confirmation of Chapter 13 Plan filed by Bead Filters International, LLC and Ron Malone.

DAVIS LAW FIRM
909 N.E. Loop 410, Ste. 100
San Antonio, Texas   78209
(210) 826-6446
(210) 870-1539 FAX

By: *James E. Bailey*
Chance M. McGhee
State Bar No 00791226
James E. Bailey, III
State Bar No. 01524990
Joseph W. Shulter
State Bar No. 18322800

Attorney for Debtor(s)

CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the above and foregoing document has been sent via first class mail and/or electronic notice on the ____ day of August, 2010 to:

Mary K. Viegelahn, Chapter 13 Trustee
909 N. E. Loop 410, Suite 400
San Antonio, Texas 78209

Mr. and Mrs. Chris Mills
425 Skyforest Dr.
San Antonio, Texas 78232

Mr. Bead Filters Inernational, LLC and Ron Malone
c/o Charles W. Hanor
750 Rittiman Rd.
San Antonio, Texas 78209

 

_____
JOSEPH W. SHULTER
CHANCE M. MCGHEE
JAMES E. BAILEY, III