**SO ORDERED.**

**SIGNED this 09th day of August, 2010.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In Re: | * | Chapter 13 Proceedings |
| | * | |
| CHRISTOPHER LANG MILLS | * | |
| SARAH JEANNE MILLS | * | |
| Debtors | * | Case No. 10-51385C |

ORDER

On this day came on to be heard the Debtors' Motion to Dismiss, or, in the Alternative, Deny, Objection to Confirmation of Chapter 13 Plan. The Court is of the opinion that Debtors' motion is well taken and that it should be granted.

IT IS, THEREFORE, ORDERED that the Objection to Confirmation of Chapter 13 Plan filed by Bead Filters International, LLC and Ron Malone is DISMISSED/DENIED.

### 

Davis Law Firm
909 N.E. Loop 410, Ste. 100
San Antonio, Texas 78209
(210) 826-7557